# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1235

_____

Jason Ray Clark

*Plaintiff - Appellant*

v.

Zach Carter; Sara Carter

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota

_____

Submitted: August 12, 2024
Filed: August 22, 2024
[Unpublished]

_____

Before SMITH, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Jason Ray Clark appeals the district court[1] order granting defendants' motion to dismiss his diversity action. After careful de novo review of the record, the parties'

_____

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.

submissions on appeal, and the issues properly before us, we find no basis for reversal. *See Dittmer Props., L.P. v. FDIC*, 708 F.3d 1011, 1016 (8th Cir. 2013) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____